In the Matter of LA BOUCHERE REALTY CORPORATION, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued November 28, 1938; decided January 3, 1939.

*Frederick L. Kane, Archie H. Samuels* and *Bernard Sperber* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.